UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUANA PEREZ,<br><br>                            Plaintiff,<br><br>-against-<br><br>EMPIRE CITY CASINO; LAGUARDIA AIRPORT; BURLINGTON STORES,<br><br>                          Defendants. | 23-CV-3330 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the May 16, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 5, 2023
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                 Chief United States District Judge